**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CLINTON L. CRESSIONNIE**                                                           **PLAINTIFF**

**v.**                                                  **No. 4:03CV291-P-A**

**REBECCA BLOUNT, ET AL.**                                              **DEFENDANTS**

## **JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the defendant's motion for summary judgment is hereby **DENIED**, and the court finds that the maximum amount of damages available to the plaintiff in this case should he prevail is nominal damages in the amount of one dollar.

**SO ORDERED,** this the 9th day of March, 2006.

                                                                       /s/ W. Allen Pepper, Jr.
                                                                       W. ALLEN PEPPER, JR.
                                                                       UNITED STATES DISTRICT JUDGE